Edwin S. Wall, Wyo. Bar No. 5-2728
Wall Law Office
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900
Fax: (801) 364-3232
Email: edwin@edwinwall.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | RESPONSE TO GOVERNMENTS' MOTION TO DECLARE CASE COMPLEX FOR PURPOSES OF THE SPEEDY TRIAL ACT |
| Plaintiff, | |
| v. | |
| DEVIN DUTSON, | Case No. 19CR171 |
| Defendant. | Hon. ALAN JOHNSON |

COMES NOW the Defendant, Devin Dutson, by and through his attorney Edwin S. Wall, and informs the court there is no objection to the case being found to be complex for the grounds stated by the United States in the *Government's Motion to Declare Case Complex for Purposes of the Speedy Trial Act*, Dkt. 34.  Mr. Dutson and counsel have discussed the seventy (70) day limitation provided pursuant to 18 U.S.C. § 3161(c)(1).  Further, Mr. Dutson and counsel discussed that in a case determined by the court to be complex pursuant to the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(ii) any extension of time or delay due to the complexity of the case will be excluded from the computation of time as provided in 18 U.S.C. § 3161(h)(7).

DATED this October 3, 2019.

*/s/ Edwin S. Wall*

_____
Edwin S. Wall
Attorney for the Defendant

## CERTIFICATE OF SERVICE

    I, Edwin S. Wall, hereby certify that on October 3, 2019, I served a copy of the attached RESPONSE TO GOVERNMENTS' MOTION TO DECLARE CASE COMPLEX FOR PURPOSES OF THE SPEEDY TRIAL ACT upon the counsel for the Plaintiff in this matter by CM/ECF or, if not available, by mailing it by first class mail with sufficient postage prepaid to the following address:

    Eric Heimann, Esq.  AUSA
    United States Attorneys Office
    2120 Capitol Avenue, Suite 4000
    Cheyenne, WY 82001

_____
Edwin S. Wall,
Attorney for the Defendant

Edwin S. Wall, A7446
ATTORNEY AT LAW
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900  Fx: (801) 364-3232
Electronic Notice: edwin@edwinwall.com

2