**FILED**



*11:06 am, 11/4/19*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



UNITED STATES OF AMERICA

          Plaintiff,

vs.                                        Case Number: 19-CR-171-J

MATTHEW TY BARRUS
GREGORY J BENNETT
DEVIN E DUTSON

          Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A                 ☑ Telephonic

Interpreter: N/A

Date: Nov 4, 2019       Time: 10:29 a.m. - 11:06 a.m.

| Alan B. Johnson | Abby Logan | Monique Gentry | Erica Zeiler |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
|  | none | none |  |
|  | U.S. Marshal | U.S. Probation Officer |  |

Attorney(s) for Government     Eric Heimann

Attorney(s) for Defendant(s)     Terry Harris, Jamie Woolsey, Edwin Wall

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Gov | 34 | Motion for Order Declaring Case Complex | Granted |

Other:
Jury Trial will be set for 6/1/19 at 1:30 p.m.  It is estimated to last 2-3 weeks.  Written Order will be entered.