Edwin S. Wall, Wyo. Bar No. 5-2728
Wall Law Office
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900
Fax: (801) 364-3232
Email: edwin@edwinwall.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MOTION TO MODIFY THE CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TEMPORARILY LEAVE WYOMING |
| Plaintiff, ) | |
| v. ) | |
| DEVIN DUTSON, ) | Case No. 19CR171 |
| Defendant. ) | Hon. ALAN JOHNSON |

COMES NOW the Defendant, Devin Dutson, by and through his attorney Edwin S. Wall, hereby moves the Court to permit the defendant to temporarily leave the State of Wyoming to travel to Billings, Montana on March 6, 2020 from approximately 1:00 p.m. to 9:30 p.m.

The defendant will be traveling with his wife, Tiffany, and both will be available by cell phone: 307-254-3407 and 307-254-2841.

Eric Heimann, Assistant United States Attorney, has reviewed the request and has no objection to the motion herein.

DATED this February 19, 2020.

/s/ Edwin S. Wall
Edwin S. Wall
Attorney for the Defendant

## CERTIFICATE OF SERVICE

      I, Edwin S. Wall, hereby certify that on February 19, 2020, I served a copy of the attached MOTION TO MODIFY THE CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TEMPORARILY LEAVE WYOMING upon the counsel for the Plaintiff in this matter by CM/ECF or, if not available, by mailing it by first class mail with sufficient postage prepaid to the following address:

      Eric Heimann, Esq.  AUSA
      United States Attorneys Office
      2120 Capitol Avenue, Suite 4000
      Cheyenne, WY 82001

*/s/ Edwin S. Wall*

_____
Edwin S. Wall,
Attorney for the Defendant

Edwin S. Wall, A7446
ATTORNEY AT LAW
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900  Fx: (801) 364-3232
Electronic Notice: edwin@edwinwall.com

2