Eric J. Heimann
Wyoming State Bar No. 6-4504
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
eric.heimann@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 19-CR-171-J |
| **MATTHEW TY BARRUS, et al.,** | |
| Defendants. | |

## PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue twenty (20) subpoenas in the above entitled case.

DATED this 13th day of March, 2020.

                                MARK A. KLAASSEN
                                United States Attorney

By:    */s/ Eric J. Heimann*
          ERIC J. HEIMANN
          Assistant United States Attorney