# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

11:49 am, 4/6/20

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 19-CR-171-J |
| MATTHEW TY BARRUS, GREGORY J. BENNETT, DEVIN E. DUTSON | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Vacated |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been VACATED.**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 2 | Alan B. Johnson, United States District Judge |
| | Date and Time: |
| | 6/1/2020 at 1:30 pm is VACATED |

Type of Proceeding:

## JURY TRIAL

Dated this 6th day of April, 2020.

Margaret Botkins
Clerk of Court

Sarah Williamson
Deputy Clerk

TO:

U.S. Attorney                Defense Counsel
U.S. Marshal                 Defendant through Counsel
U.S. Probation Office        Court Reporter

WY35                                              Rev. 3/20/2020