# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW TY BARRUS, GREGORY J. BENNETT, DEVIN E. DUTSON<br><br>Defendant. | Case Number: 19-CR-171-J<br><br>Interpreter Needed: No<br><br>Setting or Resetting: Setting |

Type of Case:

### CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Johnson's Chambers | Alan B. Johnson, United States District Judge |
| | Date and Time: |
| | 4/24/2020 at 1:30 pm |

Type of Proceeding:

Hearing on [77] Motion to Continue Jury Trial

All parties shall appear by telephone through the Court's conference call system.
Guests call:  Toll Free 866-434-5269| Access code 1316504# | Join as guest Press # |Security code 1001#

                                                    Margaret Botkins
                                                    Clerk of Court

Dated this 6th day of April, 2020.            Sarah Williamson
                                                            Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |