FILED

9:39 am, 12/30/21

Margaret Botkins
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Criminal No. 19-CR-171-ABJ |
| ) | |
| MATTHEW TY BARRUS, ) | |
| a/k/a Ty Barrus, ) | |
| ) | |
| GREGORY J. BENNETT, ) | |
| a/k/a Greg Bennett, ) | |
| ) | |
| and, ) | |
| ) | |
| DEVIN E. DUTSON, ) | |
| ) | |
| *Defendants.* ) | |

## PROTECTIVE ORDER

This matter comes before the Court on the government's motion for protective order and Defendant Barrus' response thereto, in which Defendant Bennett joins. The Court held a hearing on this matter December 29, 2021. For the reasons addressed at the December 29, 2021 hearing, the motion is GRANTED as follows:

IT IS HEREBY ORDERED that with respect to those records and documents received by defense counsel in response to the Rule 17(c), F.R.Cr.P., subpoenas *duces tecum* authorized by this Court's orders bearing docket numbers 129, 131, and 133, the Defendants and defense counsel shall not disclose, disseminate or otherwise reveal personal identification information, individually identifiable health information, or financial information except as necessary to the defense. As such, Defense counsel in this matter have no restriction on sharing those records and documents with each other and are expressly allowed to do so.

IT IS FURTHER ORDERED that the Defendants and defense counsel shall maintain custody and control of all personal identification information, individually identifiable health information, or financial information contained within those records and documents received by defense counsel in response to the Rule 17(c), F.R.Cr.P., subpoenas *duces tecum* authorized by this Court's orders bearing docket numbers 129, 131, and 133, including any copies of such information, unless providing this information to another person or entity is necessary to the defense. If any such protected information is provided to a third party, the Defendants and defense counsel shall inform the third party of this protective order and complete a confidentiality agreement requiring the third party to comply with the provisions of the requested protective order.

IT IS FURTHER ORDERED that records or documents received by any party in response to any future Rule 17(c) subpoena *duces tecum* issued by this Court, and which contain personal identification information, individually identifiable health information, or financial information shall also be subject to the protective order provisions set forth above unless the identification, health, or financial information contained in the records is that of a Defendant or the court issues an order exempting the records from this protective order.

IT IS FURTHER ORDERED that as to all other future Rule 17(c) subpoenas *duces tecum* issued by this Court, the Court will make a determination as to the appropriateness and scope of any protective order needed for the records or documents sought by the Rule 17(c) subpoena and will expressly indicate in its order directing issuance of the Rule 17(c) subpoena whether and to what extent the records or documents are subject to a protective order.

IT IS FURTHER ORDERED that, at the conclusion of this case, including any appeals, any party in possession of personal identification information, individually identifiable health information, or financial information as a result of a subpoena *duces tecum* issued by this court

shall return that information to the original custodian. If the original custodian is unknown, the party may return the information to the party that requested the subpoena, who is then responsible for returning it to the original custodian.

DATED this 30th day of December, 2021.

_____
HONORABLE ALAN B. JOHNSON
UNITED STATES DISTRICT COURT JUDGE