*Attachment 7*



**Wyoming Department of Health**

Commit to your health.
visit www.health.wyo.gov



Thomas O. Forslund, Director

Governor Matthew H. Mead

January 28, 2016

Ref#: 2016-00151

**Sent Via Certified Mail, Federal Express, U.S. Mail and Electronic Mail**

Northwest Wyoming Treatment Center
1106 Julie Lane
Powell, WY 82435-1632

Provider Number: ████41 01

RE: RECOVERY for paid claims

Dear Northwest Wyoming Treatment Center:

In accordance with Wyoming Medicaid Rules Ch. 16 § 13 the Wyoming Department of Health, Division of Healthcare Financing, Program Integrity (Medicaid) periodically reviews medical records for quality assurance and ongoing utilization management. A review of documentation for claims submitted and paid has been completed on the records our office recently requested. Below is a summary of the review and findings.

Records were requested and reviewed for the following nineteen (19) Medicaid beneficiaries:



| | | | |
|---|---|---|---|
| ████4711 | ████2989 | ████9077 | ████5834 |
| ████5087 | ████6941 | ████5037 | ████1191 |
| ████3155 | ████0849 | ████6358 | ████3151 |
| ████9544 | ████4231 | ████8992 | ████2313 |
| ████9731 | ████6306 | ████2235 | |

The records review indicate that Medicaid is entitled to recover a portion of the paid claims for each beneficiary for the following identified overpayments:

1. **Remedial or other formal educational or vocational services claims were submitted using HCPCS code H0047.** See Wyoming Medicaid Rules Ch. 13 § 9 (iii)(x)(xv) (2002) and Ch. 13 § 7 (b)(i)(n) (2015); and Wyoming Medicaid Program Community Mental Health & Substance Abuse Treatment Services Manual, Ch. 2, Section 08 – Non-Covered Services. Remedial or other formal educational services, a non-covered service, were billed to Medicaid using HCPCS code H0047 – *Substance abuse services community based individual/family therapy.* See Example 1, attached.

Produced to Terry Harris
Subject to Protective Orders
USDC WY 19-cr-171-J

Barrus-120009

Northwest Wyoming Treatment Center

January 28, 2016
Page 2

Ref#: 2016-00151

2. **Residential room, board, or care services claims were submitted using HCPCS code H2015.** See Wyoming Medicaid Rules Ch. 13 § 9 (xi) (2002) and Ch. 13 § 7 (j) (2015); and Wyoming Medicaid Program Community Mental Health & Substance Abuse Treatment Services Manual, Ch. 2, Section 08 – Non-Covered Services. Residential room, board, and care services, a non-covered service, were billed to Medicaid using HCPCS code H2015 – *Comprehensive community support services (individual rehab)*. See Example 2, attached.

3. **Recreational and socialization services claims were submitted using HCPCS codes H0047 and H2015.** See Wyoming Medicaid Rules Ch. 13 § 9 (ix) (2002) and Ch. 13 § 7 (h) (2015); and Wyoming Medicaid Program Community Mental Health & Substance Abuse Treatment Services Manual, Ch. 2, Section 08 – Non-Covered Services. Recreational and socialization services, a non-covered service, were billed using HCPCS codes H0047 and H2015 - *Substance abuse services community based individual/family therapy* and *Comprehensive community support services (individual rehab)*. See Example 3, attached.

4. **Travel time was included in claims for recreational and socialization services as well as residential room, board, or care services using HCPCS codes H2015 and H0047.** See Wyoming Medicaid Program Community Mental Health & Substance Abuse Treatment Services Manual, Ch. 2, Section 08 – Non-Covered Services. Travel time, a non-covered service, was billed using HCPCS codes H0047 and H2015 - *Substance abuse services community based individual/family therapy* and *Comprehensive community support services (individual rehab)*. See Example 4, attached.

5. **Group activity claims were submitted using HCPCS code H0047** - *Substance abuse services community based individual/family therapy*. See Example 5, attached.

Based on this information, per Wyoming Medicaid Rules, Chapter 16, § 12 (2011), Medicaid is entitled to recover the dollar amount paid for these claims in the amount of **$1,349,403.50**. The attached worksheets contain the claims identified for recovery.

You may request reconsideration of the Division of Healthcare Financing's decision to recover excess payments pursuant to Wyoming Medicaid Rules, Ch. 16 § 9(d)(ii) and 20(a)(i) and Ch. 4 § 5(b) and (b)(v) (2011).  Failure to request reconsideration shall preclude Northwest Wyoming Treatment Center from any further appeal of the decision to recover excess payments. Wyoming Medicaid Rules, Ch. 16, § 9(d)(ii) and (iii) (2011); and Ch. 4, § 5(b)(v) (2011).  After the completion of a requested reconsideration, Northwest Wyoming Treatment Center may request an administrative hearing. Wyoming Medicaid Rules, Ch. 4, § 4(c) and 5(b) (2011).  Northwest Wyoming Treatment Center also has the right to be represented by an attorney admitted to practice in Wyoming. Wyoming Medicaid Rules, Ch. 4, §5(b)(vi) (2011).
To request reconsideration, you need to do the following:

"A provider may request that the Department reconsider an adverse action. Such request shall be mailed to the Department by certified mail within (20) days after the date the provider receives notice pursuant to the subsection 9(d) of this Chapter. The request must state with specificity the reasons for the request. Failure to provide such a statement shall result in the dismissal of the request with prejudice. A provider may submit any additional relevant information at the time of the request."

Barrus-120010

Northwest Wyoming Treatment Center
Page 3

January 28, 2016
Ref#: 2016-00151

If you have questions, please feel free to contact me at Mark.Gaskill@wyo.gov or to my attention at the address on this letter.

Sincerely,

Mark J. Gaskill
Manager of Quality Assurance
and Program Integrity

MG

C. Teri Green, State Medicaid Agent
   Sheila McInerney, TPL & Estate Recovery Specialist
   Michelle Santuae, Deputy Account Manager, Xerox State Healthcare, LLC
   Brenda Stout, Medicaid Behavioral Health Program Manager

Produced to Terry Harris Subject to Protective Orders USDC-WY-19-CR-171-J

Barrus-120011

## Example No. 1 - Remedial or other formal educational or vocational services

Northwest Wyoming Treatment Center

Progress Note

Client: ████████                                          Code: 0047

Date: 09/03/2014                                          Logged: ___√___

Time: 8:00-9:30 2:30-4:00  = 180  (12 wks)
           TO        TO

General Observations:

Mood: WNL  X  Depressed___  Anxious___          Appearance: WNL  X  Unkept___
Unusual___

Attitude: WNL  Guarded x  Suspicious___  Affect: WNL  X.  Expansive___
Flat___

Speech: WNL  X.  Slow___  Slurred___  Motor Activity: WNL  X.  Restless___
Agitated___

Orientation: WNL  X.  Disoriented___  Risk Assessment: Suicide None  Violence
None

Note: ████ continues to work on his world history class.  He is working on his class
with another client who is also taking this class.  He is staying motivated.  He met his
daily goals.  He made good progress and maintained a good attitude.

Plan: Continue Education

Teacher Signature: Christy Muecke                        Date: 09/03/2014

                                                         Supervisor Initials ____

Produced to Terry Harris
Subject to Protective Orders
USDC-WY-19-CR-171-J

**Example No. 2 - Residential room, board, or care services**

Code: 2015
Logged: 8hrs √

Northwest Wyoming Treatment Center
Behavioral Support and Supervision

Client: ████████
Date: 03/14 3-16-14
Time: 3pm to 11pm

General Observations Throughout Shift:

Mood: WNL ✓ Depressed__ Anxious__.   Appearance: WNL ✓ Unkept__ Unsual__
Attitude: WNL ✓ Guarded__ Suspicious___.  Affect: WNL ✓ Expansive__ Flat___
Speech: WNL ✓ Slow__ Slurred__.  Motor Activity: WNL ✓ Restless___ Agitated___
Orientation: WNL ✓ Disoriented___.  Risk Assessment: Y/N  Violence Y/N

Special Observation:

3-5 3pm watching others play ps3 330pm ate bowl of top Raman. 345pm watching tv. 4pm sitting on couch watching others play ps3. 415pm sitting on couch watching others play ps3. 430pm sitting on couch watching others play ps3. 445pm sitting on couch watching others play ps3.

5-7 5pm sitting on couch watching others play ps3, monitored by staff. 515pm sitting on couch watching others play ps3, monitored by staff. 530pm sitting on couch watching others play ps3, monitored by staff. 545pm sitting on couch watching others play ps3, monitored by staff. 6pm sitting on couch watching others play ps3, monitored by staff. 615pm eating dinner in dining room, monitored by staff. 630pm watching tv in the living room, monitored by staff. 648pm phone call to aunt in office with staff.

7-9 7pm taking shower. 725pm watching tv in the living room, monitored by staff. 730 watching tv in the living room, monitored by staff. 745 watching tv in the living room, monitored by staff. 8pm playing ps3 in the living room, monitored by staff. 815pm playing ps3 in the living room, monitored by staff. 830pm playing ps3 in the living room, monitored by staff. 845pm playing ps3 in the living room, monitored by staff.

9-11 9pm in bed sleeping, checked on by staff. 915pm in bed sleeping, checked on by staff. 930pm in bed sleeping, checked on by staff. 945pm in bed sleeping, checked on by staff. 10pm in bed sleeping, checked on by staff. 1015pm in bed sleeping, checked on by staff. 1030pm in bed sleeping, checked on by staff. 1045pm in bed sleeping, checked on by staff.

Signature: _____                          Date: 03/16/14

Barrus-120013

## Example No. 3 - Recreational and socialization services

Northwest Wyoming Treatment Center
Progress Notes

Code: 0047
Logged: 9 hrs.

Client: ▮▮▮▮▮▮▮▮

Date: 3-8-14

Time: 9am-6pm

Session Content: Accompanied client on a group activity of skiing at Sleeping Giant for a day of recreation and fun. Monitored client for behavior, and interaction with others.

Assessment: Client had good participation, enjoyed outing, followed all request by staff without incident.

Plan: To continue to accompany clients on recreational activities whenever possible.

Therapist signature: _____ Date: 7-8-14

Staff Signature: Sherry Serro _____ Date: 3/8/14

Produced to Terry Harris

Subject to Protective Orders

USDC-WY-19-cr-171-J

RECEIVED SEP

**Example No. 3 - Recreational and socialization services**

Code: 0047
Logged: .75hrs.

### Northwest Wyoming Treatment Center
### Progress Notes

Client: ████████████

Date: 9/12/14

Time: 730pm-815pm      45 (3 units)

Session Content: Went to gym to play basket ball.

Assessment: ████ Did well with others. Did not play basket ball much, but was in good spirits.

Plan: Continue to provide opportunities for activities outside the centre.

Therapist signature: _____      Date: 9-12-14

Staff Signature: Sherry Jenn      Date: 9-12-14

Produced to Jerry Harris
Subject to Protective Orders
USDC-WY-19-CR-171-J

**Example No. 3 - Recreational and socialization services**

## Northwest Wyoming Treatment Center

### Progress Note

**Client:** ███████████                                  **Code: H0047**

**Date: 6/14/2014**                                      **Logged:** _____

**Time: 9:00am to 2:00pm**

**General Observations:**

Mood: WNL_X__ Depressed___ Anxious___     Appearance: WNL_X__ Unkept___ Unusual___

Attitude: WNL_X__ Guarded___ Suspicious___     Affect: WNL_X__ Expansive___ Flat___

Speech: WNL_X__ Slow___ Slurred___     Motor Activity: WNL_X__ Restless___ Agitated___

Orientation: WNL_X__ Disoriented___     Risk Assessment: Suicide _N__ Violence _N__

Note: Optional Saturday group activity.  Group played paintball games.  Safety, sportsmanship and integrity emphasized.  Quinn participated enthusiastically.

**Assessment of ASAM Dimensional Criteria/Focus of Session:**

Dimension I (Withdrawal Potential) Low___ Medium___ High___ N/A_X__

Dimension II (Biomedical) Low___ Medium___ High___ N/A_X__

Dimension III (Emotional, Behavioral, Cog.) Low___ Medium___ High_X__ N/A___

Dimension IV (Readiness to Change) Low___ Medium___ High_X__ N/A___

Dimension V (Relapse Potential) Low___ Medium___ High_X__ N/A___
Early recovery stages
Dimension VI (Living Environment) Low___ Medium___ High_X__ N/A___

Plan:  Continue optional Saturday group for alternative activity.

**Therapist Signature:**                                  **Date: 6/14/2014**

Produced to Terry Harris
Subject to Protective Orders
USDC-WY-19-CR-171-J

**Example No. 4 - Travel time**

Northwest Wyoming Treatment Center

Progress Note

Client:_____                Code:_____2015__

Date:___6/26 / 2015___                          Logged:_____/_____

Time: From___1300___ to___1500 and 1700-1900  4 hours

General Observations:

Mood: WNL_x__Depressed___ Anxious___  Appearance: WNL__x_ Unkept___ Unusual__

Attitude: WNL_x__ Guarded___ Suspicious___  Affect: WNL__x_ Expansive___ Flat__

Speech: WNL__x_ Slow___ Slurred___  Motor Activity: WNL_x__ Restless___ Agitated__

Orientation: WNL_x__ Disoriented___  Risk Assessment: Suicide None  Violence None

Note: Transported clients to Hyattville for EQUINE THERAPY. Positive behaviors by all clients.

Assessment of ASAM Dimensional Criteria/Focus of Session:

Dimension I (Withdrawal Potential). Low___ Medium___ High___ N/A_x__

Dimension II ( Biomedical). Low___ Medium___ High__ N/A_x__

Dimension III (Emotional, Behavioral, Cog). Low___ Medium___ High_x_ N/A___

Dimension IV (Readiness to Change). Low___ Medium___ High_x_ N/A___

Dimension V (Relapse Potential). Low___ Medium___ High_x__ N/A___

Dimension VI (Living Environment). Low___ Medium___ High_x__ N/A___

Plan: Continue Therapy__x__  Change Focus of Treatment___  Re-Assess___

Continue to take clients to Equine Therapy for group to assist with educational and therapeutic involvement.

Therapist Signature:_____  Date:___4/26/15___

Supervisor Initials_____



Barrus-120017

**Example No. 5 - Group activity billed as *Substance abuse services community based individual/family therapy***

## Northwest Wyoming Treatment Center

### Progress Note

Client: ███████████          Code: H0047

Date: 12/11/2014          Logged: _____

Time: 10:00am to 4:00pm

**General Observations:**

Mood: WNL_X__ Depressed___ Anxious___      Appearance: WNL_X__ Unkept___ Unusual___

Attitude: WNL_X__ Guarded___ Suspicious___      Affect: WNL_X__ Expansive___ Flat___

Speech: WNL_X__ Slow___ Slurred___      Motor Activity: WNL_X__ Restless___ Agitated___

Orientation: WNL_X__ Disoriented___      Risk Assessment: Suicide_N__ Violence_N__

Note: Group participated in ranch cleanup applying leave no trace principles. Life skills developed in winterizing cabins. Involved snowmobiling in and out to take out gear/trash as well as transporting air compressor around the premises. Client participated appropriately and expressed enjoyment in the tasks.

**Assessment of ASAM Dimensional Criteria/Focus of Session:**

Dimension I (Withdrawal Potential) Low___ Medium___ High___ N/A_X__

Dimension II (Biomedical) Low___ Medium___ High___ N/A_X__

Dimension III (Emotional, Behavioral, Cog.) Low___ Medium___ High_X__ N/A___

Dimension IV (Readiness to Change) Low___ Medium___ High_X__ N/A___

Dimension V (Relapse Potential) Low___ Medium___ High_X__ N/A___
Early recovery stages
Dimension VI (Living Environment) Low___ Medium___ High_X__ N/A___

Plan: Continue providing opportunities to experience physical labor as real-life expectancy.

Therapist Signature:          Date: 12/11/2014

_CMA_

Produced to Terry Harris
Subject to Protective Orders
USDC-WY_19-CR-171-J

Barrus-120019

| TCN | Line Code B | Recip DOI Sanc ID | Recip Last Name | Recip First Name | Proc Code | Pay to Prov ID | Line First Svc Date | Line Last Svc Date | Line Paid Units of Svc | Line Billed Amt | Line Paid Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | 1 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 6/1/2013 | 6/30/2013 | 32 | $896.00 | $896.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 3/1/2014 | 3/31/2014 | 297 | $8,316.00 | $8,316.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 3/1/2014 | 3/31/2014 | 664 | $4,980.00 | $4,980.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 4/1/2014 | 4/30/2014 | 356 | $9,968.00 | $9,968.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 4/1/2014 | 4/30/2014 | 876 | $6,570.00 | $6,570.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 5/1/2014 | 5/31/2014 | 491 | $13,748.00 | $13,748.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 5/1/2014 | 5/31/2014 | 1002 | $7,515.00 | $7,515.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 6/1/2014 | 6/30/2014 | 370 | $10,360.00 | $10,360.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 6/1/2014 | 6/30/2014 | 1116 | $8,370.00 | $8,370.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 9/1/2014 | 9/30/2014 | 216 | $1,620.00 | $1,620.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 9/1/2014 | 9/30/2014 | 42 | $1,176.00 | $1,176.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 10/1/2014 | 10/31/2014 | 1092 | $8,190.00 | $8,190.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 10/1/2014 | 10/31/2014 | 414 | $11,592.00 | $11,592.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 11/1/2014 | 11/30/2014 | 1172 | $8,790.00 | $8,790.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 11/1/2014 | 11/30/2014 | 328 | $9,184.00 | $9,184.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 12/1/2014 | 12/31/2014 | 1142 | $8,565.00 | $8,565.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 12/1/2014 | 12/31/2014 | 400 | $11,200.00 | $11,200.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 1/1/2015 | 1/31/2015 | 1128 | $8,460.00 | $8,460.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 1/1/2015 | 1/31/2015 | 404 | $11,312.00 | $11,312.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 2/1/2015 | 2/28/2015 | 880 | $6,600.00 | $6,600.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 2/1/2015 | 2/28/2015 | 465 | $13,020.00 | $13,020.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 3/1/2015 | 3/31/2015 | 494 | $13,832.00 | $13,832.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 3/1/2015 | 3/31/2015 | 940 | $7,050.00 | $7,050.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 4/1/2015 | 4/30/2015 | 352 | $9,856.00 | $9,856.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 4/1/2015 | 4/30/2015 | 808 | $6,060.00 | $6,060.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 8/1/2014 | 8/31/2014 | 430 | $12,040.00 | $12,040.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 8/1/2014 | 8/31/2014 | 898 | $6,735.00 | $6,735.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 9/1/2014 | 9/30/2014 | 320 | $8,960.00 | $8,960.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 9/1/2014 | 9/30/2014 | 1120 | $8,400.00 | $8,400.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 10/1/2014 | 10/31/2014 | 414 | $11,592.00 | $11,592.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 10/1/2014 | 10/31/2014 | 1067 | $8,002.50 | $8,002.50 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 11/1/2014 | 11/30/2014 | 329 | $9,212.00 | $9,212.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 11/1/2014 | 11/30/2014 | 1172 | $8,790.00 | $8,790.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 12/1/2014 | 12/31/2014 | 408 | $11,424.00 | $11,424.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 12/1/2014 | 12/31/2014 | 1160 | $8,700.00 | $8,700.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 1/1/2015 | 1/31/2015 | 512 | $14,336.00 | $14,336.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 1/1/2015 | 1/31/2015 | 800 | $6,000.00 | $6,000.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 2/1/2015 | 2/28/2015 | 130 | $3,640.00 | $3,640.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 2/1/2015 | 2/28/2015 | 336 | $2,520.00 | $2,520.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 1/1/2013 | 1/31/2013 | 104 | $2,912.00 | $2,912.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 1/1/2013 | 1/31/2013 | 390 | $2,925.00 | $2,925.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 1/1/2013 | 2/25/2013 | 1907 | $14,302.50 | $14,302.50 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 1/1/2013 | 2/25/2013 | 564 | $15,792.00 | $15,792.00 |
| ▮▮▮ | 4 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H2015 | 4101 | 3/1/2013 | 3/31/2013 | 766 | $5,745.00 | $5,745.00 |
| ▮▮▮ | 3 | ▮▮▮ | ▮▮▮ | ▮▮▮ | H0047 | 4101 | 3/1/2013 | 3/31/2013 | 234 | $6,552.00 | $6,552.00 |

Barrus-120020

| | | | | Code | | Start | End | Qty | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | H2015 | 4101 | 5/1/2013 | 5/31/2013 | 510 | $3,825.00 | $3,825.00 |
| | 3 | | | H0047 | 4101 | 5/1/2013 | 5/31/2013 | 108 | $3,024.00 | $3,024.00 |
| | 4 | | | H2015 | 4101 | 6/1/2013 | 6/30/2013 | 985 | $7,387.50 | $7,387.50 |
| | 3 | | | H0047 | 4101 | 6/1/2013 | 6/30/2013 | 303 | $8,484.00 | $8,484.00 |
| | 4 | | | H2015 | 4101 | 7/1/2013 | 7/31/2013 | 934 | $7,005.00 | $7,005.00 |
| | 3 | | | H0047 | 4101 | 7/1/2013 | 7/31/2013 | 436 | $12,208.00 | $12,208.00 |
| | 4 | | | H2015 | 4101 | 8/1/2013 | 8/31/2013 | 870 | $6,525.00 | $6,525.00 |
| | 3 | | | H0047 | 4101 | 8/1/2013 | 8/31/2013 | 279 | $7,812.00 | $7,812.00 |
| | 4 | | | H2015 | 4101 | 9/1/2013 | 9/30/2013 | 957 | $7,177.50 | $7,177.50 |
| | 3 | | | H0047 | 4101 | 9/1/2013 | 9/30/2013 | 281 | $7,868.00 | $7,868.00 |
| | 4 | | | H2015 | 4101 | 10/1/2013 | 10/31/2013 | 1119 | $8,392.50 | $8,392.50 |
| | 3 | | | H0047 | 4101 | 10/1/2013 | 10/31/2013 | 323 | $9,044.00 | $9,044.00 |
| | 3 | | | H0047 | 4101 | 6/1/2014 | 6/30/2014 | 244 | $6,832.00 | $6,832.00 |
| | 4 | | | H2015 | 4101 | 6/1/2014 | 6/30/2014 | 651 | $4,882.50 | $4,882.50 |
| | 3 | | | H0047 | 4101 | 7/1/2014 | 7/31/2014 | 610 | $17,080.00 | $17,080.00 |
| | 4 | | | H2015 | 4101 | 7/1/2014 | 7/31/2014 | 880 | $6,600.00 | $6,600.00 |
| | 3 | | | H0047 | 4101 | 8/1/2014 | 8/31/2014 | 525 | $14,700.00 | $14,700.00 |
| | 4 | | | H2015 | 4101 | 8/1/2014 | 8/31/2014 | 800 | $6,000.00 | $6,000.00 |
| | 3 | | | H0047 | 4101 | 9/1/2014 | 9/30/2014 | 344 | $9,632.00 | $9,632.00 |
| | 4 | | | H2015 | 4101 | 9/1/2014 | 9/30/2014 | 1108 | $8,310.00 | $8,310.00 |
| | 3 | | | H0047 | 4101 | 10/1/2014 | 10/31/2014 | 393 | $11,004.00 | $11,004.00 |
| | 4 | | | H2015 | 4101 | 10/1/2014 | 10/31/2014 | 1016 | $7,620.00 | $7,620.00 |
| | 3 | | | H0047 | 4101 | 11/1/2014 | 11/30/2014 | 390 | $10,920.00 | $10,920.00 |
| | 4 | | | H2015 | 4101 | 11/1/2014 | 11/30/2014 | 1116 | $8,370.00 | $8,370.00 |
| | 3 | | | H0047 | 4101 | 12/1/2014 | 12/31/2014 | 284 | $7,952.00 | $7,952.00 |
| | 4 | | | H2015 | 4101 | 12/1/2014 | 12/31/2014 | 400 | $3,000.00 | $3,000.00 |
| | 3 | | | H0047 | 4101 | 6/1/2014 | 6/30/2014 | 262 | $7,336.00 | $7,336.00 |
| | 4 | | | H2015 | 4101 | 6/1/2014 | 6/30/2014 | 641 | $4,807.50 | $4,807.50 |
| | 3 | | | H0047 | 4101 | 7/1/2014 | 7/31/2014 | 524 | $14,672.00 | $14,672.00 |
| | 4 | | | H2015 | 4101 | 7/1/2014 | 7/31/2014 | 964 | $7,230.00 | $7,230.00 |
| | 3 | | | H0047 | 4101 | 8/1/2014 | 8/31/2014 | 493 | $13,804.00 | $13,804.00 |
| | 4 | | | H2015 | 4101 | 8/1/2014 | 8/31/2014 | 1056 | $7,920.00 | $7,920.00 |
| | 3 | | | H0047 | 4101 | 9/1/2014 | 9/30/2014 | 330 | $9,240.00 | $9,240.00 |
| | 4 | | | H2015 | 4101 | 9/1/2014 | 9/30/2014 | 1016 | $7,620.00 | $7,620.00 |
| | 3 | | | H0047 | 4101 | 10/1/2014 | 10/31/2014 | 417 | $11,676.00 | $11,676.00 |
| | 4 | | | H2015 | 4101 | 10/1/2014 | 10/31/2014 | 1012 | $7,590.00 | $7,590.00 |
| | 3 | | | H0047 | 4101 | 11/1/2014 | 11/30/2014 | 367 | $10,276.00 | $10,276.00 |
| | 4 | | | H2015 | 4101 | 11/1/2014 | 11/30/2014 | 1116 | $8,370.00 | $8,370.00 |
| | 3 | | | H0047 | 4101 | 12/1/2014 | 12/31/2014 | 388 | $10,864.00 | $10,864.00 |
| | 4 | | | H2015 | 4101 | 12/1/2014 | 12/31/2014 | 1008 | $7,560.00 | $7,560.00 |
| | 3 | | | H0047 | 4101 | 1/1/2015 | 1/31/2015 | 220 | $6,160.00 | $6,160.00 |
| | 4 | | | H2015 | 4101 | 1/1/2015 | 1/31/2015 | 424 | $3,180.00 | $3,180.00 |
| | 4 | | | H0047 | 4101 | 4/1/2015 | 4/30/2015 | 396 | $11,088.00 | $11,088.00 |
| | 5 | | | H2015 | 4101 | 4/1/2015 | 4/30/2015 | 1096 | $8,220.00 | $8,220.00 |
| | 4 | | | H0047 | 4101 | 5/1/2015 | 5/31/2015 | 216 | $6,048.00 | $6,048.00 |
| | 5 | | | H2015 | 4101 | 5/1/2015 | 5/31/2015 | 444 | $3,330.00 | $3,330.00 |

Barrus-120021

| | | Code | | Start | End | Qty | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | | H2015 | 4101 | 1/1/2013 | 1/31/2013 | 974 | $7,305.00 | $7,305.00 |
| 3 | | H0047 | 4101 | 1/1/2013 | 1/31/2013 | 290 | $8,120.00 | $8,120.00 |
| 4 | | H2015 | 4101 | 2/1/2013 | 2/28/2013 | 950 | $7,125.00 | $7,125.00 |
| 3 | | H0047 | 4101 | 2/1/2013 | 2/28/2013 | 342 | $9,576.00 | $9,576.00 |
| 3 | | H0047 | 4101 | 3/1/2013 | 3/31/2013 | 302 | $8,456.00 | $8,456.00 |
| 4 | | H2015 | 4101 | 3/1/2013 | 3/31/2013 | 1000 | $7,500.00 | $7,500.00 |
| 3 | | H0047 | 4101 | 4/1/2013 | 4/30/2013 | 260 | $7,280.00 | $7,280.00 |
| 4 | | H2015 | 4101 | 4/1/2013 | 4/30/2013 | 781 | $5,857.50 | $5,857.50 |
| 3 | | H0047 | 4101 | 5/1/2013 | 5/31/2013 | 289 | $8,092.00 | $8,092.00 |
| 4 | | H2015 | 4101 | 5/1/2013 | 5/31/2013 | 1000 | $7,500.00 | $7,500.00 |
| 3 | | H0047 | 4101 | 6/1/2013 | 6/30/2013 | 324 | $9,072.00 | $9,072.00 |
| 4 | | H2015 | 4101 | 6/1/2013 | 6/30/2013 | 953 | $7,147.50 | $7,147.50 |
| 3 | | H0047 | 4101 | 7/1/2013 | 7/31/2013 | 364 | $10,192.00 | $10,192.00 |
| 4 | | H2015 | 4101 | 7/1/2013 | 7/31/2013 | 815 | $6,112.50 | $6,112.50 |
| 3 | | H0047 | 4101 | 6/1/2014 | 6/30/2014 | 343 | $9,604.00 | $9,604.00 |
| 4 | | H2015 | 4101 | 6/1/2014 | 6/30/2014 | 904 | $6,780.00 | $6,780.00 |
| 4 | | H2015 | 4101 | 7/1/2014 | 7/31/2014 | 888 | $6,660.00 | $6,660.00 |
| 3 | | H0047 | 4101 | 7/1/2014 | 7/31/2014 | 580 | $16,240.00 | $16,240.00 |
| 4 | | H2015 | 4101 | 8/1/2014 | 8/31/2014 | 880 | $6,600.00 | $6,600.00 |
| 3 | | H0047 | 4101 | 8/1/2014 | 8/31/2014 | 523 | $14,644.00 | $14,644.00 |
| 4 | | H2015 | 4101 | 9/1/2014 | 9/30/2014 | 1032 | $7,740.00 | $7,740.00 |
| 3 | | H0047 | 4101 | 9/1/2014 | 9/30/2014 | 348 | $9,744.00 | $9,744.00 |
| 4 | | H2015 | 4101 | 10/1/2014 | 10/31/2014 | 1055 | $7,912.50 | $7,912.50 |
| 3 | | H0047 | 4101 | 10/1/2014 | 10/31/2014 | 406 | $11,368.00 | $11,368.00 |
| 4 | | H2015 | 4101 | 11/1/2014 | 11/30/2014 | 1116 | $8,370.00 | $8,370.00 |
| 3 | | H0047 | 4101 | 11/1/2014 | 11/30/2014 | 388 | $10,864.00 | $10,864.00 |
| 4 | | H2015 | 4101 | 12/1/2014 | 12/31/2014 | 1012 | $7,590.00 | $7,590.00 |
| 3 | | H0047 | 4101 | 12/1/2014 | 12/31/2014 | 466 | $13,048.00 | $13,048.00 |
| 4 | | H2015 | 4101 | 1/1/2015 | 1/31/2015 | 996 | $7,470.00 | $7,470.00 |
| 3 | | H0047 | 4101 | 1/1/2015 | 1/31/2015 | 492 | $13,776.00 | $13,776.00 |
| 4 | | H2015 | 4101 | 2/1/2015 | 2/28/2015 | 820 | $6,150.00 | $6,150.00 |
| 3 | | H0047 | 4101 | 2/1/2015 | 2/28/2015 | 440 | $12,320.00 | $12,320.00 |
| 4 | | H2015 | 4101 | 3/1/2015 | 3/31/2015 | 564 | $4,230.00 | $4,230.00 |
| 3 | | H0047 | 4101 | 3/1/2015 | 3/31/2015 | 381 | $10,668.00 | $10,668.00 |
| 3 | | H0047 | 4101 | 3/1/2015 | 3/31/2015 | 264 | $7,392.00 | $7,392.00 |
| 4 | | H2015 | 4101 | 3/1/2015 | 3/31/2015 | 685 | $5,137.50 | $5,137.50 |
| 3 | | H0047 | 4101 | 4/1/2015 | 4/30/2015 | 380 | $10,640.00 | $10,640.00 |
| 4 | | H2015 | 4101 | 4/1/2015 | 4/30/2015 | 1052 | $7,890.00 | $7,890.00 |
| 4 | | H0047 | 4101 | 5/1/2015 | 5/31/2015 | 376 | $10,528.00 | $10,528.00 |
| 5 | | H2015 | 4101 | 5/1/2015 | 5/31/2015 | 988 | $7,410.00 | $7,410.00 |
| 4 | | H0047 | 4101 | 6/1/2015 | 6/30/2015 | 164 | $4,592.00 | $4,592.00 |
| 5 | | H2015 | 4101 | 6/1/2015 | 6/30/2015 | 252 | $1,890.00 | $1,890.00 |
| 5 | | H0047 | 4101 | 6/1/2015 | 6/30/2015 | 336 | $9,408.00 | $9,408.00 |
| 6 | | H2015 | 4101 | 6/1/2015 | 6/30/2015 | 872 | $6,540.00 | $6,540.00 |
| 4 | | H0047 | 4101 | 7/1/2015 | 7/31/2015 | 423 | $11,844.00 | $11,844.00 |
| 5 | | H2015 | 4101 | 7/1/2015 | 7/31/2015 | 972 | $7,290.00 | $7,290.00 |

Barrus-120022

| | | | | | H0047 | 4101 | 8/1/2015 | 8/31/2015 | 302 | $8,456.00 | $8,456.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | | H2015 | 4101 | 8/1/2015 | 8/31/2015 | 1152 | $8,640.00 | $8,640.00 |
| | 5 | | | | H0047 | 4101 | 9/1/2015 | 9/30/2015 | 301 | $8,428.00 | $8,428.00 |
| | 4 | | | | H2015 | 4101 | 9/1/2015 | 9/30/2015 | 972 | $7,290.00 | $7,290.00 |
| | 5 | | | | | | | | | | $1,178,946.00 |

Barrus-120023

| PCN | Line Code | Recip Original ID | Recip Last Name | Recip First Name | Proc Code | Pay to Prov ID | Line First Svc Date | Line Last Svc Date | Line Paid Units of Svc | Line Billed Amt | Line Paid Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | | H2015 | 4101 | 9/1/14 | 9/30/14 | 1120 | $ 8,400.00 | $ 8,400.00 |
| | 4 | | | | H2015 | 4101 | 3/1/13 | 4/30/13 | 2339 | $ 17,542.50 | $ 17,542.50 |
| | 4 | | | | H2015 | 4101 | 5/1/13 | 5/31/13 | 1000 | $ 7,500.00 | $ 7,500.00 |
| | 5 | | | | H2015 | 4101 | 7/1/15 | 7/31/15 | 964 | $ 7,230.00 | $ 7,230.00 |
| | 5 | | | | H2015 | 4101 | 8/1/15 | 8/31/15 | 1116 | $ 8,370.00 | $ 8,370.00 |
| | 4 | | | | H2015 | 4101 | 12/1/13 | 12/31/13 | 1217 | $ 9,127.50 | $ 9,127.50 |
| | 4 | | | | H0047 | 4101 | 8/1/15 | 8/31/15 | 200 | $ 5,600.00 | $ 5,600.00 |
| | 3 | | | | H0047 | 4101 | 3/1/13 | 4/30/13 | 756 | $ 21,168.00 | $ 21,168.00 |
| | 3 | | | | H0047 | 4101 | 5/1/13 | 5/31/13 | 260 | $ 7,280.00 | $ 7,280.00 |
| | 4 | | | | H0047 | 4101 | 7/1/15 | 7/31/15 | 419 | $ 11,732.00 | $ 11,732.00 |
| | 4 | | | | H0047 | 4101 | 8/1/15 | 8/31/15 | 307 | $ 8,596.00 | $ 8,596.00 |
| | 5 | | | | H2015 | 4101 | 8/1/15 | 8/31/15 | 693 | $ 5,197.50 | $ 5,197.50 |
| | 3 | | | | H0047 | 4101 | 12/1/13 | 12/31/13 | 314 | $ 8,792.00 | $ 8,792.00 |
| | 5 | | | | H0047 | 4101 | 6/1/15 | 6/30/15 | 452 | $ 12,656.00 | $ 12,656.00 |
| | 4 | | | | H0047 | 4101 | 9/1/15 | 9/30/15 | 280 | $ 7,840.00 | $ 7,840.00 |
| | 3 | | | | H0047 | 4101 | 9/1/14 | 9/30/14 | 332 | $ 9,296.00 | $ 9,296.00 |
| | 6 | | | | H2015 | 4101 | 6/1/15 | 6/30/15 | 932 | $ 6,990.00 | $ 6,990.00 |
| | 5 | | | | H2015 | 4101 | 9/1/15 | 9/30/15 | 952 | $ 7,140.00 | $ 7,140.00 |

$ 170,457.50