*Attachment 8*



Commit to your health.
visit www.health.wyo.gov



Thomas O. Forslund, Director　　　　　　　　　　　　　　　　　　　　　　　Governor Matthew H. Mead

April 14, 2016

Ref#:  2016-00151

**Sent Via Certified Mail, U.S. Mail and Electronic Mail**

Northwest Wyoming Treatment Center
1106 Julie Lane
Powell, WY 82435-1632

Provider Number:   1267141 01

RE:  Pre Payment Review Follow-up

Northwest Wyoming Treatment Center:

Our records indicate that Northwest Wyoming Treatment Center has not submitted claims since February 2016.  Wyoming Medicaid Program Integrity wants to ensure Northwest Wyoming Treatment Center is paid for services rendered in accordance with state and federal procedure and policy and in accordance with the Notification of Sanction (Prepayment Review) dated January 22, 2016.

To facilitate payment, please submit claims through the state fiscal agent.  In addition, please forward medical/clinical records supporting the submitted claims to the Program Integrity office.  The submitted claims will be approved for payment after the records are reviewed and found to be in compliance with state and federal policy and procedures.

If you have questions, please feel free to contact me at Mark.Gaskill@wyo.gov or to my attention at the address on this letter.

Sincerely,

Mark J. Gaskill
Manager of Quality Assurance
and Program Integrity

MG
C.  Teri Green, State Medicaid Agent
　　Gerald Laska, Medicaid Quality Analyst
　　Brenda Stout, Medicaid Behavioral Health Program Manager
　　Michelle Santuae, Deputy Account Manager, Xerox State Healthcare, LLC