*Attachment 14*



*ATTACH. # 11*

# *Office of the Attorney General*

| Governor | Medicaid Fraud Control Unit | Chief Deputy Attorney General |
|---|---|---|
| Matthew H. Mead | 2424 Pioneer Avenue, Suite 402 | Peter K. Michael |
| | Cheyenne, Wyoming 82002 | |
| **Attorney General** | 307-777-3444 Telephone | **Director** |
| Gregory A. Phillips | 307-777-5094 Fax | Christine Stickley |

Certified Mail
January 28, 2013

Gibson B. Condie, Ph.D.
Big Horn Basin Mental Health Group
1054 Vali Road
Powell, WY 82435

Dear Dr. Condie:

On August 2, 2012 the Medicaid Fraud Control Unit (MFCU) issued a letter to you outlining our initial findings of our review of allegations of fraudulent activity against the Medicaid program. In that letter we requested follow-up information which you responded to in a letter to our office dated September 27, 2012. The MFCU has finalized our review of all information from our investigation and has not identified at this time any fraudulent activity and has therefore elected to close further review of the allegations. We continue to urge you to consider our comments/recommendations as outlined in our August 2, 2012 letter.

Once again, we appreciate the cooperation you extended to our office in order for us to complete our investigation. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Christine Stickley
MFCU Director

sk



**Report Medicaid Fraud**
**Call Now**
**1-800-378-0345**

16R367-PI-03502