ERIC J. HEIMANN
Wyoming State Bar No. 6-4504
Assistant United States Attorney
District of Wyoming
P.O. Box 668, Cheyenne, WY 82001
(307) 772-2124
eric.heimann@usdoj.gov

TRAVIS J. KIRCHHEFER
Wyoming State Bar No. 6-4279
Special Assistant United States Attorney
Medicaid Fraud Control Unit
Wyoming Attorney General's Office
2424 Pioneer Avenue, Cheyenne, WY 82002
(307) 777-6858
travis.kirchhefer@wyo.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 19-CR-171-J |
| **MATTHEW TY BARRUS,** **GREGORY J. BENNETT, and** **DEVIN E. DUTSON,** | |
| Defendants. | |

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through Assistant United States Attorney Eric Heimann and Special Assistant United States Attorney Travis Kirchhefer, files this status report. We consulted with defense counsel and agreed that each party should file their own status report.

Over the last couple years, the government and defendants engaged in good-faith plea negotiations but we have not reached any agreement. Therefore, the government believes this case

will need to be resolved by jury trial, which is currently scheduled to begin on Tuesday, February 22. The government is preparing for trial and expects to be ready on that date.

There are outstanding motions before the court, including the government's motion to exclude expert testimony (Doc. 172), defendants' joint motion to compel for alleged *Brady* violations and its supplement (Docs. 178, 185), the government's motion for pretrial determination of evidentiary foundations for certain records and summaries (Doc. 198), and a raft of motions filed by defendants today. The government believes one or more of these motions may require a hearing to resolve, in particular the government's motion for pretrial determination of evidentiary foundations may require a significant evidentiary hearing.

Respectfully submitted this 8th day of February, 2022.

L. ROBERT MURRAY
United States Attorney

By: */s/ Eric Heimann*
ERIC J. HEIMANN
Assistant United States Attorney

By: */s/ Travis Kirchhefer*
TRAVIS J. KIRCHHEFER
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of February, 2022, I served true and correct copies of the foregoing response upon all counsel via CM/ECF.

*/s/ Corine M. Aranda*
UNITED STATES ATTORNEY'S OFFICE