## October 2009- Claims Submitted to Medicaid - Robert

| Recip Original ID | Recip F.L. |
|---|---|
| 5816 | Rober■ |

| Pay to Prov Name | Treating Prov Name | Claim Billed | Claim Paid |
|---|---|---|---|
| BIG HORN BASIN MENTAL HEALTH | BIG HORN BASIN MENTAL HEALTH | 11/03/09 | 11/04/09 |

| Proc Code | Line First Svc Date | Line Last Svc Date | Line Billed Units of Svc | Hours Billed | Line Paid Amt | $/Hour Billed |
|---|---|---|---|---|---|---|
| H2021 | 10/01/09 | 10/31/09 | 24 | 6.00 | $672.00 | $112.00 |

|  |  |  |
|---|---|---|
| Total For Month | 6.00 | $672.00 |
| Average Per Day | 0.19 | $21.68 |

## Seized Progress Notes & Supervision Sheets

| Proc Code | Hours Recorded | Hours Billed | Difference | Comments |
|---|---|---|---|---|
| H2021 | 0.00 | 6.00 | -6.00 | No seized records |

Government Exhibit
19-CR-171-J
301.09.10