## December 2009 - Claims Submitted to Medicaid - Jonathon

| Recip Original ID | Recip F.L. |
|---|---|
| 9824 | Jonathon |

| Pay to Prov Name | Treating Prov Name | Claim Billed | Claim Paid |
|---|---|---|---|
| BIG HORN BASIN MENTAL HEALTH | BIG HORN BASIN MENTAL HEALTH | 01/26/10 | 02/03/10 |

| Proc Code | Line First Svc Date | Line Last Svc Date | Line Billed Units of Svc | Hours Billed | Line Paid Amt | $/Hour Billed |
|---|---|---|---|---|---|---|
| H2021 | 12/01/09 | 12/31/09 | 24 | 6.00 | $672.00 | $112.00 |

| | | |
|---|---|---|
| Total For Month | 6.00 | $672.00 |
| Average Per Day | 0.19 | $21.68 |

| Pay to Prov Name | Treating Prov Name | Claim Billed | Claim Paid |
|---|---|---|---|
| NORTHWEST WYOMING TREATMENT CENTER | NORTHWEST WYOMING TREATMENT CENTER | 01/26/10 | 02/03/10 |

| Proc Code | Line First Svc Date | Line Last Svc Date | Line Billed Units of Svc | Hours Billed | Line Paid Amt | $/Hour Billed |
|---|---|---|---|---|---|---|
| H0005 | 12/01/09 | 12/31/09 | 134 | 33.50 | $1,457.92 | $43.52 |
| H0047 | 12/01/09 | 12/31/09 | 302 | 75.50 | $8,456.00 | $112.00 |
| H2015 | 12/01/09 | 12/31/09 | 684 | 171.00 | $5,130.00 | $30.00 |

| | | |
|---|---|---|
| Total For Month | 280.00 | $15,043.92 |
| Average Per Day | 9.03 | $485.29 |

### Seized Progress Notes & Supervision Sheets

| Proc Code | Hours Recorded | Hours Billed | Difference | Comments |
|---|---|---|---|---|
| H0005 | 33.50 | 33.50 | 0.00 | December 2009, procedural codes and hours submitted with January 25, 2010 therapy notes. |
| H0047 | 75.50 | 75.5 | 0.00 | |
| H2015 | 171.00 | 171 | 0.00 | |
| H2021 | 6.00 | 6.00 | 0.00 | |

29 pgs. NWTC Client Supervision sheet-no procedure code.

Government Exhibit
19-CR-171-J
302.09.12