

**FILED**

8:12 am, 2/22/22

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>MATTHEW TY BARRUS,<br>GREGORY J. BENNETT, and<br>DEVIN E. DUTSON,<br><br>Defendant, | Case No. 19-CR-00171-J |

## ORDER CONTINUING TRIAL AND TOLLING STATUTE

THIS MATTER has come before the court for hearing as an emergency matter arising from the COVID-19 pandemic and the variants of that virus. Jury selection for the above captioned criminal case is scheduled to commence at 9:30 A.M. on Tuesday, February 22, 2022. On February 17 and 18, 2022, meetings were conducted in the courtroom with counsel for the parties present in order to consider preliminary matters and resolve technical issues with courtroom equipment. Unfortunately, all of the counsel who were present and court personnel were in close contact with a member of the court's staff who has tested to be positive with the virus, using the most reliable test method. If trial were to proceed on February 22, sixty members of the jury panel would be exposed to the virus as well. The court and counsel are proceeding individually to test for the

virus, and depending upon the outcome of the tests, the trial will now commence at 9:30 A.M. on February 28, 2022.

This order, based upon the foregoing situation, is the court's response made pursuant to 18 U.S.C. § 3161(h)(7)(A) brought by the court on its own motion. I find that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial, and I find that the period between the date of this order and the commencement of the trial shall be tolled.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2022.

Alan B. Johnson
United States District Judge