IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW TY BARRUS,<br>GREGORY J. BENNETT, and<br>DEVIN E. DUTSON,<br><br>Defendants. | Case No. 19-CR-171-J |

## STIPULATION

The United States of America, by and through Assistant United States Attorney Eric Heimann and Special Assistant United States Attorney Travis Kirchhefer, and the defendants, by and through their attorneys of record, stipulate and agree that the following facts are not at issue between them in this proceeding. The parties further agree that this stipulation may be filed with the court, and that these facts may be presented to the jury as evidence in this proceeding.

1. Wyoming Medicaid is a joint federal and state government program that pays for medical care for some low-income and medically-needy individuals and families in the State of Wyoming. Therefore, it is a healthcare benefit program as defined by 18 U.S.C. § 24(b).

2. The Wyoming Department of Health administers the Wyoming Medicaid program through its Division of Healthcare Financing. The Wyoming Medicaid program pays for medical services for enrolled beneficiaries provided by enrolled providers both in and outside of the state of Wyoming. Payments are made from state and federal funds. Therefore, the operation of the Wyoming Medicaid program affects interstate commerce.

3.  The Wyoming Department of Health separately certifies substance abuse treatment centers through the Division of Behavioral Health. Certification allows these centers to receive Medicaid reimbursement for substance abuse treatment services provided to enrolled participants. At all times relevant to the indictment, Northwest Wyoming Treatment Center was a certified substance abuse treatment center and enrolled with Wyoming Medicaid.

4.  Matthew Ty Barrus received a provisional license as a Clinical Social Worker in Wyoming on August 31, 2004. Mr. Barrus became a Licensed Clinical Social Worker on November 20, 2007. His license remains active at this time.

5.  Gregory J. Bennett received a provisional license as an Addictions Therapist in Wyoming on February 8, 2007. Mr. Bennett became a Licensed Addictions Therapist on September 23, 2010. Mr. Bennett's license expired on January 3, 2019.

6.  Devin E. Dutson received a provisional license as a Clinical Social Worker in Wyoming on July 20, 2007. Mr. Dutson became a Licensed Clinical Social Worker on December 3, 2008. Mr. Dutson's license expired on December 15, 2020.

Done this 28th day of February, 2022

_____
ERIC HEIMANN
Assistant United States Attorney

_____
TRAVIS KIRCHHEFER
Special Assistant United States Attorney

_____
TERRY HARRIS
Attorney for Defendant Barrus

_____
EMILY HARRIS
Attorney for Defendant Barrus

_____
JAMIE WOOLSEY
Attorney for Defendant Bennett

_____
IAN SANDEFER
Attorney for Defendant Bennett

_____
ED WALL
Attorney for Defendant Dutson

_____
ALEXANDER RAMOS
Attorney for Defendant Dutson