UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 19-CR-171-ABJ |
| | ) |
| MATTHEW "TY" BARRUS, | ) |
| GREGORY J. BENNETT and | ) |
| DEVIN E. DUTSON, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF GIBSON CONDIE

I, Gibson Condie, having been first duly sworn state as follows:

1. I am of legal age.

2. I was served with a subpoena to testify in the above-referenced matter. The subpoena was issued at the request of Mr. Edwin Wall, counsel for Defendant Dutson.

3. It is my intent to assert the Fifth Amendment privilege against self-incrimination in response to every substantive question posed to me if called to testify in the matter, including as a result of having been subpoenaed.

4. By providing this affidavit, it is my hope to avoid the necessity of travel from my home in Walla Walla, Washington, to Cheyenne, Wyoming for the trial. I can be available via Zoom should the Court wish for me to assert the Fifth Amendment outside the presence of the jury as may be the customary procedure.

The Statements contained herein are true to the best of my knowledge and belief.

DATED this 24th day of February, 2022.

_____
Gibson Condie

State of Washington    )
                       )ss:
County of Walla Walla  )

Subscribed and sworn to before me by Gibson Condie, this 24th day of February, 2022

_____
Notarial Officer

My commission expires: April 28, 2025

```
JESSICA M SETZER
NOTARY PUBLIC #21020249
STATE OF WASHINGTON
COMMISSION EXPIRES
APRIL 28, 2025
```

2