

**FILED**

**4:56 pm, 3/2/22**

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy | March 2, 2022 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Alex Cervantes, Law Clerk | |

Case No. 19-cr-00171-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorneys: Eric Heimann |
| | Travis Kirchhefer |
| Plaintiff, | |
| v. | |
| MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON, | Defendant's Attorneys: Terry Harris |
| | Ian Sandefer |
| | Jamie Woolsey |
| Defendants. | Edwin Wall |
| | Alexander Ramos |

**COURTROOM MINUTES**
**JURY TRIAL - Day 3**

| | |
|---|---|
| 8:26 a.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 8:33 a.m. | Jury returns to the courtroom. Lisa Brockman returns to the witness stand. Direct Examination by Mr. Kircheffer continues.<br>(Exhibit(s): 400, 2, 10, 9, 3, 4, 5) |
| 9:53 a.m. | Jury excused for break. Matter discussed with Juror 11 outside the presence of the Jury. Parties move the Court to dismiss Juror 11. Court grants the motion. Other matters discussed outside the presence of the Jury. |
| 10:01 a.m. | Court recessed for break. |
| 10:16 a.m. | Court resumes. Jury returns to the courtroom. Direct examination of Lisa Brockman by Mr. Kirchhefer continues.<br>(Exhibit(s): 70, 72, 74, 76) |

| | |
|---|---|
| 10:48 a.m. | **The United States calls Arlen Scholl back to the witness stand.** Direct examination by Mr. Heimann.<br>(Exhibit(s): 20, 25, 30, 31, 32, 33, 34) |
| 11:08 a.m. | Cross examination of Arlen Scholl by Mr. Harris for Defendant Barrus. |
| 11:09 a.m. | Cross examination of Arlen Scholl by Ms. Woolsey for Defendant Bennett. |
| 11:13 a.m. | Cross examination of Arlen Scholl by Mr. Wall for Defendant Dutson. |
| 11:24 a.m. | Jury excused from the court room. Issue regarding Exhibit 20 and other matters discussed outside their presence. |
| 11:34 a.m. | Jury returns to the courtroom. Cross examination of Arlen Scholl by Mr. Wall continues. |
| 11:41 a.m. | Re-direct examination of Arlen Scholl by Mr. Heimann. |
| 11:43 p.m. | Jury excused for lunch break. Matters discussed outside their presence. |
| 11:45 a.m. | Court recessed for lunch break. |
| 1:09 p.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 1:12 p.m. | Jury returns to the courtroom. Cross examination of Lisa Brockman by Mr. Harris for Defendant Barrus. |
| 1:29 p.m. | Cross examination of Lisa Brockman by Mr. Sandefer for Defendant Bennett. |
| 1:41 p.m. | Cross examination of Lisa Brockman by Mr. Wall for Defendant Dutson. |
| 2:00 p.m. | Re-direct examination of Lisa Brockman by Mr. Kirchhefer. |
| 2:05 p.m. | **The United States calls Chad Lindsay.** Witness placed under oath. Direct examination by Mr. Heimann.<br>(Exhibit(s): 21, 22, 23, 24 - objection - not admitted) |
| 2:57 p.m. | Court recessed for break. |
| 3:18 p.m. | Court resumes. Direct examination of Chad Lindsay by Mr. Heimann continues.<br>(Exhibit(s): 18, 46) |

| | |
|---|---|
| 4:51 p.m. | Jury given instruction and excused for the day. |
| 4:53 p.m. | Court recessed until 3/3/2022 at 9:00 a.m. |

<u>Day 3 witnesses</u>:
Lisa Brockman
Arlen Scholl
Chad Lindsay