

**FILED**

**5:07 pm, 3/3/22**

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy | March 3, 2022 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Alex Cervantes, Law Clerk | |

Case No. 19-cr-00171-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorneys: Eric Heimann |
| | Travis Kirchhefer |
| Plaintiff, | |
| v. | |
| MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON, | Defendant's Attorneys: Terry Harris |
| | Ian Sandefer |
| | Jamie Woolsey |
| Defendants. | Edwin Wall |
| | Alexander Ramos |

**COURTROOM MINUTES**
**JURY TRIAL - Day 4**

| | |
|---|---|
| 9:08 a.m. | Court resumes. Jury returns to the courtroom. **Chad Lindsay returns to the witness stand**. Cross examination by Mr. Harris for Defendant Barrus. |
| 9:26 a.m. | Cross examination by Ms. Woolsey for Defendant Bennett. |
| 9:41 a.m. | Cross examination by Mr. Wall for Defendant Dutson. |
| 10:26 a.m. | Court recessed for break. |
| 10:48 a.m. | Court resumes. Jury returns to the courtroom. Cross examination of Chad Lindsay by Mr. Wall continues. |
| 11:11 a.m. | Re-direct examination of Chad Lindsay by Mr. Heimann. |

| | |
|---|---|
| 11:26 a.m. | **The United States calls Leah Allen.** Witness placed under oath. Direct examination by Mr. Heimann. |
| 12:28 p.m. | Court recessed for lunch break. |
| 1:41 p.m. | Court resumes. Jury returns to the courtroom. Direct examination of Leah Allen by Mr. Heimann continues. |
| 2:01 p.m. | Cross examination of Leah Allen by Ms. Woolsey for Defendant Bennett. |
| 2:29 p.m. | Cross examination of Leah Allen by Mr. Wall for Defendant Dutson. |
| 2:40 p.m. | Re-direct examination of Leah Allen by Mr. Heimann. |
| 2:47 p.m. | Witness answered questions of the Court. |
| 2:49 p.m. | Follow-up by Mr. Wall. |
| 2:51 p.m. | **The United States calls Cory Carpenter.** Witness placed under oath. Direct examination by Mr. Kirchhefer. |
| 3:26 p.m. | Court recessed for break. |
| 3:42 p.m. | Court resumes. Jury returns to the courtroom. Direct examination of Cory Carpenter by Mr. Kirchhefer continues. |
| 4:33 p.m. | Cross examination of Cory Carpenter by Mr. Sandefer for Defendant Bennett. |
| 4:59 p.m. | Jury given instruction and excused for the day. |
| 5:03 p.m. | Court recessed until 3/4/2022 at 8:00 a.m. |

Day 4 witnesses:
Chad Lindsay
Leah Allen
Cory Carpenter