**FILED**



United States District Court
For The District of Wyoming
Alan B. Johnson, United States District Judge

5:27 pm, 3/7/22

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Becky Harris, Courtroom Deputy | March 7, 2022 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Alex Cervantes, Law Clerk | |

Case No. 19-cr-00171-ABJ

USA,

    Plaintiff,

v.

MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON,

    Defendants.

Plaintiff's Attorneys: Eric Heimann
    Travis Kirchhefer

Defendant's Attorneys: Terry Harris
    Emily Harris
    Ian Sandefer
    Jamie Woolsey
    Edwin Wall
    Alexander Ramos

**COURTROOM MINUTES**
**JURY TRIAL - Day 6**

| | |
|---|---|
| 9:01 a.m. | Court resumes. Jury returns to the courtroom. **The United States calls Christy Muecke**. Witness placed under oath. Direct examination by Mr. Kirchhefer. (Exhibit(s): 124.11.09) |
| 9:49 a.m. | Cross examination of Christy Muecke by Mr. Sandefer for Defendant Bennett. |
| 10:13 a.m. | Court recessed for break. |
| 10:31 a.m. | Court resumes. Jury returns to the courtroom. Cross examination of Christy Muecke by Mr. Wall for Defendant Dutson. |
| 11:04 a.m. | Re-direct examination of Christy Muecke by Mr. Kirchhefer. |

| | |
|---|---|
| 11:07 a.m. | **The United States calls Lila Jolley.** Witness placed under oath. Direct examination by Mr. Heimann.<br>(Exhibit(s): 2012.07.25.1, 2012.07.25.2) |
| 11:53 a.m. | Jury excused for lunch. Objection to Exhibit 2015.08.19 discussed outside their presence. The Court overrules the objection and will allow the exhibit into evidence with explanation. |
| 12:05 p.m. | Court recessed for lunch break. |
| 1:17 p.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 1:22 p.m. | Jury returns to the courtroom. Direct examination of Lila Jolley by Mr. Heimann continues.<br>(Exhibit(s): 2015.08.19) |
| 1:32 p.m. | Cross examination of Lila Jolley by Mr. Harris for Defendant Barrus.<br>(Exhibit(s): Barrus-D.403.1, Barrus-D.404, Barrus-D.405, Barrus-D.406) |
| 1:54 p.m. | Cross examination of Lila Jolley by Mr. Sandefer for Defendant Bennett. |
| 1:59 p.m. | Cross examination of Lila Jolley by Mr. Wall for Defendant Dutson. |
| 2:19 p.m. | Re-direct examination of Lila Jolley by Mr. Heimann. |
| 2:23 p.m. | **The United States calls Brenda Stout.** Witness placed under oath. Direct examination by Mr. Kirchhefer.<br>(Exhibit(s): 6, 8) |
| 2:58 p.m. | Court recessed for break. |
| 3:18 p.m. | Court resumes. Jury returns to the courtroom. Direct examination of Brenda Stout by Mr. Kirchhefer continues.<br>(Exhibit(s): 71, 73, 75) |
| 3:40 p.m. | Cross examination of Brenda Stout by Mr. Sandefer for Defendant Bennett. |
| 3:53 p.m. | **The United States calls Cody Livingston.** Witness placed under oath. Direct examination by Mr. Kirchhefer.<br>(Exhibit(s): 80, 301.10.10, 304.11.07, 315.14.10, 318.15.04, 318.15.05, 321.15.08, 301.09.10 - 323.15.09) |
| 4:59 p.m. | Jury given instruction and excused for the day. |

5:03 p.m.    Court recessed until 3/8/2022 at 9:00 a.m.

Day 6 witnesses:
Christy Muecke
Lila Jolley
Brenda Stout
Cody Livingston