**FILED**

5:20 pm, 3/8/22

**Margaret Botkins
Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy  <br>Melanie Sonntag, Court Reporter  <br>Alex Cervantes, Law Clerk | March 8, 2022  <br>Cheyenne, Wyoming |

Case No. 19-cr-00171-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorneys: Eric Heimann  <br>Travis Kirchhefer |
| Plaintiff, | |
| v. | |
| MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON, | Defendant's Attorneys: Terry Harris  <br>Emily Harris  <br>Ian Sandefer  <br>Jamie Woolsey  <br>Edwin Wall  <br>Alexander Ramos |
| Defendants. | |

## COURTROOM MINUTES
## JURY TRIAL - Day 7

9:04 a.m.    Court resumes. Matters discussed outside the presence of the Jury.

9:13 a.m.    Jury returns to the courtroom. **Cody Livingston returns to the witness stand**. Direct examination by Mr. Kirchhefer continues.
(Exhibit(s): 81, 82)

9:25 a.m.    Cross examination of Cody Livingston by Ms. Woolsey for Defendant Bennett.
(Exhibit(s): Bennett-Z.1)

10:00 a.m.    Court recessed for break.

| | |
|---|---|
| 10:15 a.m. | Court resumes. Jury returns to the courtroom. Cross examination of Cody Livingston by Ms. Woolsey continues.<br>(Exhibit(s): Bennett-Z.2, Bennett-Z.3, Bennett-Z.4, Bennett-Z.5, Bennett-Z.6, Bennett-Z.7, Bennett-Z.8, Bennett-Z.9) |
| 11:32 a.m. | Court recessed for lunch break. |
| 12:53 p.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 1:43 p.m. | Jury returns to the courtroom. Cross examination of Cody Livingston by Ms. Woolsey continues.<br>(Exhibit(s): Bennett-Z.10, Bennett-Z.11, Bennett-Z.12, Bennett-Z.13, Bennett-Z.14, Bennett-Z.15, Bennett-Z.16) |
| 2:05 p.m. | Cross examination of Cody Livingston by Mr. Harris for Defendant Barrus. |
| 2:07 p.m. | Re-direct examination of Cody Livingston by Mr. Kirchhefer. |
| 2:41 p.m. | Court recessed for break. |
| 3:06 p.m. | Court resumes. The United States rests. Motions for Judgment of Acquittal on behalf of Defendants Dutson and Barrus by Mr. Wall and Mr. Harris heard by the Court. |
| 4:04 p.m. | Jury returns to the courtroom, given instruction and excused for the day. |
| 4:15 p.m. | Motion for Judgment of Acquittal on behalf of Defendant Bennett by Mr. Sandefer heard by the Court. |
| 4:36 p.m. | Response by Mr. Heimann. |
| 5:03 p.m. | Replies by Mr. Wall and Mr. Sandefer. |
| 5:14 p.m. | The Court takes the motions under advisement. |
| 5:15 p.m. | Court recessed until 3/9/2022 at 9:00 a.m. |

Day 7 witnesses:
Cody Livingston