**FILED**



6:11 pm, 3/9/22

**Margaret Botkins**
**Clerk of Court**

# United States District Court

## For The District of Wyoming

Alan B. Johnson, United States District Judge

Becky Harris, Courtroom Deputy
Melanie Sonntag, Court Reporter
Alex Cervantes, Law Clerk

March 9, 2022
Cheyenne, Wyoming

Case No. 19-cr-00171-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorneys: Eric Heimann |
| | Travis Kirchhefer |
| Plaintiff, | |
| v. | |
| MATTHEW TY BARRUS, GREGORY J BENNETT, DEVIN E DUTSON, | Defendant's Attorneys: Terry Harris |
| | Emily Harris |
| | Ian Sandefer |
| Defendants. | Jamie Woolsey |
| | Edwin Wall |
| | Alexander Ramos |

---

## COURTROOM MINUTES
## JURY TRIAL - Day 8

---

9:01 a.m.     Court resumes. The Court issued rulings on the motions for judgment of acquittal made yesterday by Defendants. The Court finds that there is sufficient evidence drawing appropriate inferences from which a rational jury may find guilt for each of the defendants in this matter.

9:06 a.m.     Court recessed.

9:25 a.m.     Court resumes. Jury returns to the courtroom.
Defendants Barrus, Bennett and Dutson rest.

9:32 a.m.     Court recessed for break.

9:50 a.m.     Court resumes. Jury returns to the courtroom, given instruction and excused until they are notified to return by the Court.

9:57 a.m. - 10:58 a.m.          Jury Instruction Conference held.

10:58 a.m.          Objections to Jury Instructions put into the record.

11:12 a.m.          Court recessed for lunch.

1:27 p.m.          Court resumes. Matters discussed outside the presence of the Jury.

1:43 p.m.          Jury returns to the courtroom. Evidentiary Jury Instructions read and published to the Jury.

2:25p.m.           **Closing Arguments** for the United States by Mr. Heimann.

3:06 p.m.          Court recessed for break.

3:27 p.m.          Court resumes. Jury returns to the courtroom.
                   **Closing Arguments** for Defendant Barrus by Mr. Harris.

4:07 p.m.          **Closing Arguments** for Defendant Bennett by Mr. Sandefer.

4:44 p.m.          **Closing Arguments** for Defendant Dutson by Mr. Wall.

5:31 p.m.          Rebuttal by Mr. Heimann.

5:42 p.m.          Jury given instruction and excused for the day.

5:43 p.m.          Court recessed until 3/10/2022 at 9:00 a.m.