IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*9:11 am, 3/10/22*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW TY BARRUS, GREGORY J. BENNETT, DEVIN E. DUTSON,<br><br>Defendants, | Case No.  19-CR-00171-ABJ |

### ORDER AUTHORIZING JURORS' ADDITIONAL ATTENDANCE FEE

Pursuant to Title 28, United States Code, Section 1871(2), "A petit juror required to attend more than ten days in hearing one case may be paid, at the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he is required to hear such case."

The Court finds the jury trial in the above-entitled case commenced on February 28, 2022 and has continued in excess of ten days.

**IT IS THEREFORE ORDERED** the petit jurors serving in the above-entitled case shall be paid an additional $10 for each day in excess of ten days until discharged by the Court.

Dated this  9th  day of March, 2022.

Alan B. Johnson
United States District Judge