ERIC J. HEIMANN
Wyoming State Bar No. 6-4504
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
eric.heimann@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>MATTHEW TY BARRUS,<br>GREGORY J. BENNETT,<br>and DEVIN E. DUTSON,<br><br>　　　　　　　Defendants. | Case No. 19-CR-171-J |

**GOVERNMENT'S RESPONSE TO DEFENDANT DUTSON'S
MOTION TO RELEASE FROZEN ACCOUNTS – ECF DOC. 296**

　　　　In September 2019, this court granted the government's application for a restraining order prohibiting the defendants from alienating or otherwise dissipating certain financial accounts because those assets were potentially forfeitable. (Doc. 5.) Defendant Devin has filed a motion to release frozen accounts. (Doc. No. 296.) The United States of America, by and through Assistant United States Attorney Eric Heimann, agrees that the restraining order should be lifted as to all defendants and all accounts because the defendants were acquitted at trial.

DATED this 21st day of March 2022.

                         L. ROBERT MURRAY
                         United States Attorney

                       By: /s/ *Eric J. Heimann*
                            ERIC J. HEIMANN
                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, the foregoing document was electronically filed and thereby served on defense counsel via CM/ECF.

                       /s/ *Jane Turner*
                       For the United States Attorney's Office